IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

ANA CHARRY-CHARRY
Defendant

CRIMINAL 06-0361CCC

# O R D E R

Having considered the Report and Recommendation filed on March 29, 2007 **(docket entry 35)** on a Rule 11 proceeding of defendant held before Magistrate Judge Bruce J. McGiverin on March 29, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 29, 2007. The **sentencing hearing is set for June 12, 2007 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on April 9, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge